1
2
3
4
5

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation and TEXAS EASTERN OVERSEAS, INC., a former Delaware corporation,<br><br>      Defendants.<br>_____/ | NO. CIV. S-00-0113 LKK/JFM |

AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS.
_____/

| | |
|---|---|
| AMERIPRIDE SERVICES, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, a Nebraska corporation; and GRANITE STATE INSURANCE COMPANY, a New Hampshire corporation,<br><br>      Defendants.<br>_____/ | NO. CIV. S-12-1723 GEB/GGH<br><br><u>RELATED CASE ORDER</u> |

1    Examination of the above-entitled actions reveals that
2 the cases are related within the meaning of Local Rule 123(a) (E.D.
3 Cal. 2012).
4    Accordingly, the assignment of the matters to the same judge
5 and magistrate judge is likely to effect a substantial savings of
6 judicial effort and is also likely to be convenient for the
7 parties.  Under the regular practice of this court, related cases
8 are generally assigned to the judge and magistrate judge to whom
9 the first filed action was assigned.
10    The parties should be aware that relating the cases under
11 Local Rule 123 merely has the result that the actions are assigned
12 to the same judge and magistrate judge; no consolidation of the
13 actions is effected.  Under the regular practice of this court,
14 related cases are generally assigned to the judge and magistrate
15 judge to whom the first filed action was assigned.
16    IT IS THEREFORE ORDERED that the action denominated CIV. NO.
17 S-12-1723 GEB/GGH, and the same hereby is, reassigned to Judge
18 Lawrence K. Karlton and Magistrate Judge John F. Moulds for all
19 further proceedings.  Any dates currently set in the reassigned
20 case only, are hereby VACATED.
21     Henceforth, the caption on documents filed in this
22 reassigned case shall be shown as CIV. NO. S-12-1723 LKK/JFM.
23    IT IS FURTHER ORDERED that the Clerk of the Court make
24 appropriate adjustment in the assignment of civil cases to
25 compensate for this reassignment.
26 ////

1    DATED: July 26, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3