UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, INC., A Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, a Nebraska corporation; and, GRANITE STATE INSURANCE COMPANY, a New Hampshire corporation,<br><br>    Defendants.<br>_____/ | NO. CIV. S-12-1723 LKK/JFM<br><br><br><br><br><br><br><br><u>O R D E R</u> |

The court is in receipt of a motion to dismiss brought by Defendants Central National Insurance Company of Omaha ("Central National") and Granite State Insurance Company ("Granite State"), ECF Nos. 19, 22, which Plaintiff AmeriPride Services, Inc. ("AmeriPride") opposes, ECF No. 24.

**A. Underlying Action**

On April 20, 2012, following a bench trial, this court entered judgment in favor of AmeriPride and against Texas Eastern Overseas,

1

1 Inc. ("TEO"), in the underlying and related CERCLA action to this
2 case, <u>AmeriPride Services, Inc. v. Valley Industrial Services,</u>
3 <u>Inc., et al.</u>, No. 2:00-cv-00113.  Order, ECF No. 1, Ex.1.
4    On June 28, 2012, AmeriPride filed a complaint against
5 Defendants Central National and Granite State "to collect on the
6 Judgment as a third party beneficiary of the liability insurance
7 policies that cover TEO and the Judgment."  Pl's Compl., ECF No.
8 1, at 3.  AmeriPride brought its action pursuant to both "the terms
9 of the applicable liability policies" and "Cal. Ins. Code section
10 11580(b)(2)."  <u>Id.</u>
11    On May 18, 2012, as part of the underlying CERCLA action, TEO
12 renewed a Federal Rule of Civil Procedure Rule 50(b) motion for
13 judgment as a matter of law and simultaneously filed a motion to
14 amend the judgment, pursuant to Federal Rule of Civil Procedure
15 59(e).  TEO's Mots., Case No. 00-cv-00113, ECF Nos. 923, 924.  The
16 court denied both of TEO's motions on September 7, 2012.  Order,
17 Case No. 00-cv-00113, ECF No. 941.  TEO has not yet filed a notice
18 of appeal.

19 **B. Defendants' Motion to Dismiss**

20    At issue in Defendants' motion is whether the provisions of
21 Central National's insurance policy, included pursuant to
22 California Insurance Code § 11580(b)(2), require that all appeals
23 to a judgment be exhausted before AmeriPride, as a judgment
24 creditor, may bring an action against Central National.

25 **C. Order**

26    The court declines to rule on this matter before any appeals

to the Ninth Circuit in the underlying action have been resolved. This action is therefore STAYED pending resolution of <u>AmeriPride Services, Inc. v. Valley Industrial Services, Inc., et al.</u>, No. 2:00-cv-00113, upon appeal or, if TEO chooses not to appeal the underlying action, until the time for appeal has expired.

All proceedings are stayed, pending resolution of the appeal.

The motion hearing, currently set for October 1, 2012 at 10:00 A.M., is VACATED.

The parties SHALL notify the court when any appeals in the underlying case have been exhausted.

IT IS SO ORDERED.

DATED: September 24, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT