UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        Plaintiff,

   v.

CENTRAL NATIONAL INSURANCE
COMPANY OF OMAHA, a Nebraska
corporation; and, GRANITE
STATE INSURANCE COMPANY, a
New Hampshire corporation,

        Defendants.
_____/

NO. CIV. S-12-1723 LKK/JFM

O R D E R

The court is in receipt of a motion to dismiss brought by Defendants Central National Insurance Company of Omaha ("Central National") and Granite State Insurance Company ("Granite State"), ECF Nos. 19, 22, which Plaintiff AmeriPride Services, Inc. ("AmeriPride") opposes, ECF No. 24.

**A. Underlying Action**

On April 20, 2012, following a bench trial, this court entered judgment in favor of AmeriPride and against Texas Eastern Overseas,

1

Inc. ("TEO"), in the underlying and related CERCLA action to this case, <u>AmeriPride Services, Inc. v. Valley Industrial Services, Inc., et al.</u>, No. 2:00-cv-00113.  Order, ECF No. 1, Ex.1.

On June 28, 2012, AmeriPride filed a complaint against Defendants Central National and Granite State "to collect on the Judgment as a third party beneficiary of the liability insurance policies that cover TEO and the Judgment."  Pl's Compl., ECF No. 1, at 3.  AmeriPride brought its action pursuant to both "the terms of the applicable liability policies" and "Cal. Ins. Code section 11580(b)(2)."  <u>Id.</u>

On May 18, 2012, as part of the underlying CERCLA action, TEO renewed a Federal Rule of Civil Procedure Rule 50(b) motion for judgment as a matter of law and simultaneously filed a motion to amend the judgment, pursuant to Federal Rule of Civil Procedure 59(e).  TEO's Mots., Case No. 00-cv-00113, ECF Nos. 923, 924.  The court denied both of TEO's motions on September 7, 2012.  Order, Case No. 00-cv-00113, ECF No. 941.  TEO has not yet filed a notice of appeal.

**B. Defendants' Motion to Dismiss**

At issue in Defendants' motion is whether the provisions of Central National's insurance policy, included pursuant to California Insurance Code § 11580(b)(2), require that all appeals to a judgment be exhausted before AmeriPride, as a judgment creditor, may bring an action against Central National.

**C. Order**

The court declines to rule on this matter before any appeals

to the Ninth Circuit in the underlying action have been resolved. This action is therefore STAYED pending resolution of <u>AmeriPride Services, Inc. v. Valley Industrial Services, Inc., et al.</u>, No. 2:00-cv-00113, upon appeal or, if TEO chooses not to appeal the underlying action, until the time for appeal has expired.

All proceedings are stayed, pending resolution of the appeal.

The motion hearing, currently set for October 1, 2012 at 10:00 A.M., is VACATED.

The parties SHALL notify the court when any appeals in the underlying case have been exhausted.

IT IS SO ORDERED.

DATED: September 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3