1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

AMERIPRIDE SERVICES, INC.,
9  a Delaware corporation,
                                        NO. CIV. S-00-0113 LKK/JFM
10            Plaintiff,

11       v.

12  VALLEY INDUSTRIAL SERVICES,
   INC., a former California
13  corporation and TEXAS
   EASTERN OVERSEAS, INC., a
14  former Delaware corporation,

15            Defendants.
   _____/
16
   AND CONSOLIDATED ACTION AND
17  CROSS AND COUNTER-CLAIMS.
   _____/
18
   AMERIPRIDE SERVICES, INC.,
19  a Delaware corporation,
                                        NO. CIV. S-12-1723 LKK/JFM
20            Plaintiff,

21       v.

22  CENTRAL NATIONAL INSURANCE
   COMPANY OF OMAHA, a Nebraska
23  corporation; and GRANITE
   STATE INSURANCE COMPANY, a
24  New Hampshire corporation,

25            Defendants.
   _____/
26

                                     1

AMERIPRIDE SERVICES, INC.,
a Delaware corporation, as
Court-Ordered Assignee of
Texas Eastern Overseas, Inc.,

                                  NO. CIV. S-12-2476 MCE/CKD

        Plaintiff,

     v.

CENTRAL NATIONAL INSURANCE
COMPANY OF OMAHA, a Nebraska          <u>RELATED CASE ORDER</u>
corporation; and GRANITE
STATE INSURANCE COMPANY, a
New Hampshire corporation,

        Defendants.

_____/

     Pending before the court is Plaintiff's notice of related

cases. Pl's Notice, ECF No. 942. Plaintiff has notified the court

that this case may be related to Case No. 2:12-cv-02476-MCE-CKD.

After a review of the cases, the court concludes that the cases are

related within the meaning of Local Rule 83-123(a) (2012).

     Accordingly the court ORDERS as follows:

     1. The action denominated 2:12-cv-02476-MCE-CKD is REASSIGNED

to Judge Lawrence K. Karlton and Magistrate Judge John F. Moulds

for all further proceedings, and any dates currently set in the

reassigned case <u>only</u>, are hereby VACATED. Henceforth, the caption

on documents filed in the reassigned case shall be shown as 2:12-

cv-02476-LKK-JFM.

     2. The Clerk of the Court make shall appropriate adjustment

in the assignment of civil cases to compensate for this

reassignment.

////

////

1        3. A status conference is set for 2:12-cv-02476-LKK-JFM on

2   January 28, 2013 at 3:00 P.M.

3        IT IS SO ORDERED.

4        DATED:  November 7, 2012.

5

6

7

8                                 LAWRENCE K. KARLTON
                                  SENIOR JUDGE
9                                 UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26